*Michael J. McGuire (State Bar No. 125832)
mmcguire@plawp.com (*lead counsel)
Dominique M.W. Tomaino (State Bar No. 302014)
dtomaino@plawp.com
PACIFIC LAW PARTNERS, LLP
15615 Alton Parkway, Suite 240
Irvine, CA 92618
(949) 242-2441
Fax: (949) 242-2446

NOTE: CHANGES MADE BY THE COURT

JS-6

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ANDREA SIMON, an individual | ) Case No.: 2:20-cv-09412-JFW(KSx) |
|---|---|
| Plaintiff, | ) [Los Angeles County Superior Court Case No. 20STCV33709] |
| v | |
| STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, | ) **ORDER RE: DISMISSAL** |
| Defendants. | |

Upon stipulation of the parties and the Court having been advised that the parties have settled, the Court dismisses this matter with prejudice.

DATED: May 13, 2021          By: _____
                                 JOHN F. WALTER
                                 UNITED STATES DISTRICT JUDGE

1

ORDER RE: DISMISSAL